160 A.3d 758

Kenneth N. MILLER, Petitioner

v.

STATE EMPLOYEES RETIREMENT SYSTEM, Respondent

No. 412 MAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**